```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 23158
    KATHY A LABAN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2906


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/10/05 and confirmed on 10/12/05.

    2.   The case was dismissed after confirmation, 08/31/2007.

    3.   The Debtor paid a total of $   22339.00 .

    4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
CROWN MORTGAGE              CURRENT MORTG    13896.53            .00        13896.53
CROWN MORTGAGE              MORTGAGE ARRE     8330.59            .00         4605.37
WILL COUNTY WELL & PUMP     SECURED            350.00            .00          193.49
COMED                       UNSECURED       NOT FILED            .00             .00
MARIA D WINANDY             UNSECURED         2257.00            .00             .00
BLATT HASENMILLER LEIBSK    UNSECURED       NOT FILED            .00             .00
SBC AMERITECH               UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         1068.25            .00             .00
ROBERT V SCHALLER           ORIGINAL ATTO     2700.00            .00         2700.00
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 22577.12      2700.00      3325.25         .00         28602.37
PRINCIPAL PAID     18695.39      2700.00          .00         .00         21395.39
INTEREST PAID           .00          .00          .00         .00              .00
TOTAL PAID         18695.39      2700.00          .00         .00         21395.39
The Debtor's attorney, CHARLES R WOLF & ASSOC         , was allowed $          .00
and was paid $       .00 .

The Trustee received $    943.61 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 11/15/07                         /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 23158 KATHY A LABAN